IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00028 |
| | ) | Judge Trauger |
| | ) | |
| JEFFERY BRADFORD | ) | |

**O R D E R**

It is hereby **ORDERED** that a hearing on the Petition to Revoke Supervision (Docket No. 5) shall be held on Wednesday, February 26, 2014, at 2:30 p.m.

It is so **ORDERED.**

ENTER this 21st day of February 2014.

_____
ALETA A. TRAUGER
U.S. District Judge