> **Motion GRANTED.**
> **Revocation hearing is RESET for 7/17/14 at 2:00 p.m.**
>
> */s/ Judge Trauger*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00028 |
| | ) | JUDGE TRAUGER |
| JEFFERY BRADFORD | ) | |

## UNOPPOSED MOTION TO CONTINUE REVOCATION HEARING

The defendant, Jeffery Bradford, through undersigned counsel, hereby moves this Honorable Court for an order continuing the revocation hearing that is presently set on Monday, June 2, 2014, at 11:30 AM, for approximately 45 days. In support of this motion, Mr. Bradford would show that the violation petition alleges one violation charging that Mr. Bradford has not paid the $1,000 fine imposed upon him in this case. As of the time of the filing of the petition, Mr. Bradford had an outstanding balance of $900 (D.E.5). Several weeks ago, Mr. Bradford made an additional payment of $200 towards his $1,000 fine and thus now owes $700. Mr. Bradford has been experiencing financial difficulties including the recent hospitalization of his wife. However, Mr. Bradford believes that if the hearing is continued for approximately 45 days, he will be able to pay the remaining $700 of the $1,000 fine.

Undersigned counsel has discussed this request with Assistant United States Attorney Byron M. Jones, and he has indicated that the government is not opposed to the requested continuance. Undersigned counsel has also discussed this request with United States Probation Officer Joshua Smith, and he has indicated that the Probation Office is not opposed to the requested continuance. The parties agree that if this Court continues the hearing, that Mr. Bradford should remain on the same conditions of probation until the next hearing date.

WHEREFORE, Mr. Bradford respectfully requests that this Honorable Court continue the hearing for approximately 45 days.